# United States District Court
## CENTRAL DISTRICT OF ILLINOIS

Edward Abrams (Y-11009)

Plaintiff

vs. Andrew
Pontiac C.C. - Dr. Tilden (In Full and Individual Capacity)
(and Estate)

Defendant(s)

Case No. _____
(The case number will be assigned by the clerk)

(List the full name of ALL plaintiffs and defendants in the caption above. If you need more room, attach a separate caption page in the above format).

## COMPLAINT*

Indicate below the federal legal basis for your complaint, if known. This form is designed primarily for pro se prisoners challenging the constitutionality of their conditions of confinement, claims which are often brought under 42 U.S.C. § 1983 (against state, county, or municipal defendants) or in a "Bivens" action (against federal defendants). However, 42 U.S.C. § 1983 and "Bivens" do not cover all prisoners' claims. Many prisoners' legal claims arise from other federal laws. Your particular claim may be based on different or additional sources of federal law. You may adapt this form to your claim or draft your own complaint.

☑ 42 U.S.C. §1983 (state, county or municipal defendants)

☐ Action under *Bivens v. Six Unknown Federal Narcotics Agents*, 403 U.S. 388 (1971)(federal defendants)

☐ Other federal law: _____

☐ Unknown _____

## I. FEDERAL JURISDICTION

*Please refer to the instructions when filling out this complaint. Prisoners are not required to use this form or to answer all the questions on this form in order to file a complaint. This is not the form to file a habeas corpus petition.

Jurisdiction is based on 28 U.S.C. § 1331, a civil action arising under the United States Constitution or other federal law. *(You may assert a different jurisdictional basis, if appropriate).*

## II. PARTIES

A. Plaintiff:

Full Name: **EdwARd AbRAMS**

Prison Identification Number: **Y11009**

Current address: **2600 N. BRiNtoN AveNue**
**DixoN, IL 61021**

*For additional plaintiffs, provide the information in the same format as above on a separate page. If there is more than one plaintiff, each plaintiff must sign the Complaint, and each plaintiff is responsible for paying his or her own complete, separate filing fee.*

B. Defendants

Defendant #1:

Full Name: **DR. TiLdeN, AndREW**

Current Job Title: **PoNtiAC C.C. - DoctoR**

Current Work Address

Defendant #2:

Full Name:

Current Job Title:

Current Work Address

Defendant #3:

Full Name:

Current Job Title:

2

1:86-cr-00427    USA v. Abrams, et al    filed 06/02/86  closed 12/15/04
1:86-cr-00427-1  Edward Abrams          filed 06/02/86  closed 12/15/04

1:86-cr-00428    USA v. Zurek, et al    filed 04/02/86  closed 01/28/87
1:86-cr-00428-1  Edward Abrams          filed 04/02/86  closed 01/28/87

1:86-cr-00431    USA v. Abrams, et al   filed 06/02/86  closed 09/17/86
1:86-cr-00431-1  Edward Abrams          filed 06/02/86  closed 09/17/86

**1:08-cv-02628** Byrd et al v. Ameriquest Mortgage Company, Inc. et al
Marvin E. Aspen, presiding
**Date filed:** 04/28/2008
**Date terminated:** 01/23/2012
**Date of last filing:** 01/23/2012

1:15-cv-08726  Abrams v. Montgomery et al          filed 10/01/15  closed 10/09/15

1:18-cv-02157  Abrams v. Dart et al                filed 03/26/18  closed 01/09/20

1:18-cv-02174  Abrams v. Cook County Jail et al    filed 03/26/18  closed 01/09/20

1:18-cv-08028  Abrams v. Miles et al               filed 12/05/18  closed 09/14/20

1:18-cv-08031  Abrams v. Kaminski (Male) et al     filed 12/05/18  closed 01/08/20

1:18-cv-08033  Abrams v. Martinez                  filed 12/05/18  closed 01/08/20

1:20-cv-00459  Abrams v. Matthews et al            filed 01/21/20  closed 07/01/20

**1:20-cv-00653** Abrams v. Renzi et al
Manish S. Shah, presiding
**Date filed:** 01/29/2020
**Date terminated:** 01/31/2020
**Date of last filing:** 12/21/2020

**1:21-cv-01138** Abrams v. Mathews et al
Manish S. Shah, presiding
**Date filed:** 02/26/2021

**Date terminated:** 05/20/2021
**Date of last filing:** 05/21/2021

**1:21-cv-03756** Abrams v. Virgen et al
Manish S. Shah, presiding
**Date filed:** 07/14/2021
**Date terminated:** 06/07/2022
**Date of last filing:** 06/30/2022

**1:23-cv-02547** Abrams v. Kelly et al
Manish S. Shah, presiding
**Date filed:** 04/24/2023
**Date of last filing:** 04/24/2023

Current Work Address _____

Defendant #4:

Full Name: _____

Current Job Title: _____

Current Work Address _____

Defendant #5:

Full Name: _____

Current Job Title: _____

Current Work Address _____

For additional defendants, provide the information in the same format as above on a separate page.

## III. LITIGATION HISTORY

The "three strikes rule" bars a prisoner from bringing a civil action or appeal *in forma pauperis* in federal court if that prisoner has "on 3 or more occasions, while incarcerated or detained in any facility, brought an action or appeal in a court of the United States that was dismissed on the grounds that it is frivolous, malicious, or fails to state a claim upon which relief may be granted, unless the prisoner is under imminent danger of serious physical injury." 28 U.S.C. § 1915(g).

A. Have you brought any other lawsuits in state or federal court dealing with the same facts involved in this case?    Yes ☐    No ☑

If yes, please describe _____

B. Have you brought any other lawsuits in federal court while incarcerated?

Yes ☑    No ☐

C. If your answer to B is yes, how many? __11__ Describe the lawsuit(s) below.

3

\* Litigation History Attatched

1. Name of Case, Court and Docket Number _____

_____

2. Basic claim made _____

3. Disposition (That is, how did the case end? Was the case dismissed? Was it appealed? Is it still pending?) _____

*For additional cases, provide the above information in the same format on a separate page.*

## IV. EXHAUSTION OF ADMINISTRATIVE REMEDIES

Prisoners must exhaust available administrative remedies before filing an action in federal court about prison conditions. 42 U.S.C. § 1997e(a). You are not required to allege or prove exhaustion of administrative remedies in the complaint. However, your case must be dismissed if the defendants show that you have not exhausted your administrative remedies, or if lack of exhaustion is clear from the complaint and its attachments. You may attach copies of materials relating to exhaustion, such as grievances, appeals, and official responses. These materials are not required to file a complaint, but they may assist the court in understanding your claim.

A. Is there a grievance procedure available at your institution? Yes ✓ No ☐

B. Have you filed a grievance concerning the facts relating to this complaint?

Yes ✓ No ☐

If your answer is no, explain why not _____

_____

C. Is the grievance process completed? Yes ☐ No ✓

I submitted GRIEVANCE FROM COUNSELOR MULTIPLE; ALL TO HAVE SAME GRIEVANCE SENT BACK TO ME WITHOUT CHIEF ADMINISTRATIVE OFFICER RESPONSE.

(Dole v. Chandler (2006)

## V. STATEMENT OF CLAIM

Place(s) of the occurrence  PONTIAC CORRECTIONAL CENTER

4

Date(s) of the occurrence <u>DECEMBER 15, 2021</u>

State here briefly the FACTS that support your case. Describe what each defendant did to violate your federal rights. You do not need to give any legal arguments or cite cases or statutes. Number each claim in a separate paragraph. Unrelated claims should be raised in a separate civil action.

THE COURT URGES YOU TO USE ONLY THE SPACE PROVIDED. Federal Rule of Civil Procedure 8(a) requires only a "short and plain statement" of your claim showing that you are entitled to relief. It is best to include only the basic, relevant facts, including dates, places, and names.

This complaint is being brought under violation of 8th Amendment – Cruel and Unusual Punishment

- On December 15, 2021 I suffered from a severe burn-wound to my lower left leg while in Pontiac Correctional Center. Taken from South Mental Housing to Healthcare I was poorly treated for a burn wound by Nurse-Torres (female), and other (Jane Doe) nurses along with Dr. Tilden. I was diagnosed with 2nd degree burn, bandaged and dressed after silversulfidine and ABD pads, then placed in the Healthcare Unit under long term observation.

- From December 16, 2021 – December 5, 2022 I complained of severe pain, throbbing, burning/shock-like feelings in my entire leg, and swelling of my foot (blisters) numbness, and inability to walk on the injured leg (left).

- Dr. Tilden showed negligence under Medical Malpractice by waiting 3 full weeks before he sent me to the Emergency Room (Bloomington Hospital).

5

- ON JANUARY 6, 2022 WHILE AT BLOOMINGTON HOSPITAL I WAS EXAMINED BY (DR. TERESA), AND WAS ASKED "HOW LONG HAS IT BEEN LIKE THIS." I STATED TO HER IT HAPPEN LAST MONTH ON DECEMBER 15, 2021. (DR. TERESA) SHOCKINGLY STATED I WAS SUPPOSE TO BEEN SENT TO A EMERGENCY ROOM IMMEDIATELY WHEN IT HAPPEN.

- A SURGICAL DEBREEDING WAS CONDUCTED; A PROCEDURE THE PONTIAC PRISON DOCTOR WAS NOT EXPERIENCED IN DOING. 2 WEEK FOLLOW-UP FOR ANOTHER DEBREEDMENT WAS FURLOUGHED ON JAN 18, 2022.

- WHILE IN PONTIAC C.C. HEALTH CARE UNIT (OR) CORRECTIONAL CENTER IN GENERAL, DR. ANDREW TILDEN REFUSED TO ORDER APPROPRIATE MOBILE DEVICE KNOWINGLY AWARE OF MY INABILITY TO WALK. I COMPLAINED OF NEEDING ELEVATION SUPPORT FOR MY LEG TO DECREASE PAIN AND SWELLING; BUT WAS IGNORED.

- THE JANUARY 18, 2022 WRIT TO BLOOMINGTON HOSPITAL WAS CANCEL'D DUE TO SECURITY ISSUES; HOWEVER, DR. TILDEN DELIBERATELY PROLONGED ON GETTING ME BACK TO A HOSPITAL UP UNTIL A INSTITUTIONAL TRANSFER WAS CONDUCTED TO DIXON CORRECTIONAL CENTER.

- I WAS TOLD AT (KSB HOSPITAL), IT WILL TAKE LONGER TO HEAL DUE TO LATE TIMING FOR A SKIN GRAFT BECAUSE I WAS HELD IN THE INSTITUTION TOO LONG (3 WEEKS). I WENT TO KSB HOSPITAL 3-8-2022.

PHYSICIAN, AND BARRED FROM PRACTICING MEDICATION. I REQUEST TO BE COMPENSATED FOR PHYSICAL DAMAGES, AS WELL AND EMOTIONAL AND PUNITIVE DAMAGES, FOR ANDREW TILDEN TO COVER ALL COMPENSATIONS, AND COURT FEES.

JURY DEMAND    Yes [✓]    No [ ]

Signed this __8th__ day of __NOVEMBER__, 20__23__.

*(Signature of Plaintiff)*

| Name of Plaintiff: | Inmate Identification Number: |
|---|---|
| Edward D. Abrams | Y-11009 |
| Address: 2600 N. Brinton Avenue Dixon, IL 61021 | Telephone Number: (815) 288-5561 |

8

RELIEF REQUESTED

(State what relief you want from the court.)

for ANDREW TILDEN to BE RELIEVED of His Duty As A LISCENSED

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

I declare under penalty of perjury that the above information is true and correct. I understand that 28 U.S.C. § 1915(e)(2)(A) states that the court shall dismiss this case at any time if the court determines that my allegation of poverty is untrue.

Date: NOVEMBER 8, 2023

_____
Signature of Applicant

EDWARD ABRAMS
(Print Name)

**NOTICE TO PRISONERS:** In addition to the Certificate below, a prisoner must also attach a print-out from the institution(s) where he or she has been in custody during the last six months showing all receipts, expenditures and balances in the prisoner's prison or jail trust fund accounts during that period. Because the law requires information as to such accounts covering a full six months before you have filed your lawsuit, you must attach a sheet covering transactions in your own account – prepared by each institution where you have been in custody during that six-month period. As already stated, you must also have the Certificate below completed by an authorized officer at each institution.

## CERTIFICATE
(Incarcerated applicants only)
(To be completed by the institution of incarceration)

I certify that the applicant named herein, Abrams, Edward I.D.# Y11009, has the sum of $ 78.04 on account to his/her credit at (name of institution) Dixon Corr. Center. I further certify that the applicant has the following securities to his/her credit: 0. I further certify that during the past six months the applicant's average monthly deposit was $ 24.74. (Add all deposits from all sources and then divide by number of months).

11/9/23
Date

_____
Signature of Authorized Officer

Kathy Newstrand, B.M.
(Print Name)

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]